UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HEINRICH AUGUST DOWNES,**

Plaintiff,

v.

**No. 4:26-cv-00301-P**

**EXETER FINANCE LLC, ET AL.,**

Defendants.

## ORDER

Before the Court is the Notice of Settlement as to Experian and TransUnion. ECF Nos. 38, 39. The Court hereby **ORDERS** that all deadlines as to Defendants Experian and TransUnion, only, are vacated and **ORDERS** settlement papers by **June 29, 2026**.

**SO ORDERED** on this **27th day of May 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE